UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY LEE #791018,

       Plaintiff,                                  Hon. Robert J. Jonker

v.                                                Case No. 1:16-cv-00458-RJJ-PJG

ROBERT TINERELLA,

       Defendant.

_____/

**REPORT AND RECOMMENDATION**

      This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on April 29, 2016, against Corrections Officer Tinerella, alleging that defendant used excessive force against him on March 12, 2016. (Compl. at 3, ECF No. 1, PageID.3). On July 25, 2016, the Court granted plaintiff's motion to amend his complaint, directing him to file it using the proper form. (S*ee* Order, ECF No. 20, PageID.96-97)). Plaintiff filed the amended complaint on August 22, 2016. (ECF No.26).

      Defendant filed a motion for summary judgment, arguing that plaintiff failed to exhaust his administrative remedies. (ECF No. 67). In his response to the motion, plaintiff asked the Court to "grant [defendant's motion for summary judgment and dismiss plaintiff's action." (ECF No. 74, PageID.410). More recently, plaintiff filed a motion, styled "Plaintiff's Request to Proceed." (ECF No. 77). In that motion, plaintiff again is asking that the Court "file a decision granting the defendant's motion for summary judgment, dismissing the plaintiff's complaint without prejudice." (*Id.*, PageID418).

I recommend that the latter motion (ECF No. 77) be treated as a motion to dismiss and that it be granted, dismissing the complaint without prejudice.  As this action will terminate the case, the Court need not address any additional issue or motion.

Respectfully submitted,

Date:  July 3, 2017             /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).