UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY LEE #791018,

    Plaintiff,

v.

                    File no: 1:16-CV-458

                    HON. ROBERT J. JONKER

ROBERT TINERELLA,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 3, 2017 (ECF No. 79). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 79) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Request to Proceed (ECF No. 77), which this Court construes as a motion to dismiss, is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Date:  July 27, 2017                /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        CHIEF UNITED STATES DISTRICT JUDGE